# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | FERNANDO & ALICIA RODRIGUEZ |
| **Case Number:** | 2:12-BK-02638-BKM  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 18, 2015 11:00 AM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | ELIZABETH IRISH |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CONTINUED POST CONFIRMATION STATUS HEARING

**R / M #:** 356 / 0

## Appearances:

BLAKE D GUNN, ATTORNEY FOR FERNANDO RODRIGUEZ, ALICIA RODRIGUEZ
PATTY CHAN, ATTORNEY FOR U. S. TRUSTEE

## Proceedings:

Mr. Gunn provides an update. The debtor is making payments to the secured and unsecured claims. The debtors owe the U. S. Trustee post confirmation reports and fees.

Ms. Chan informs the Court that the debtors are delinquent for the B26 report and the second quarter fee. If the debtors bring the items current, her office has no objection to closing the case. She responds to the Court's questions. She suggests a 60 day continuance.

COURT: THE COURT NOTES THAT THE DEBTORS WERE DELINQUENT THE LAST TIME THE PARTIES WERE HERE. THERE IS NOTHING ON THE DOCKET SINCE THEN. IT IS ORDERED SETTING A CONTINUED HEARING FOR 10-13-2015 AT 11:00 AM.

Case 2:12-bk-02638-BKM    Doc 361    Filed 08/18/15    Entered 08/19/15 09:08:30    Desc
Main Document    Page 1 of 1                                                08/19/2015   9:08:17AM