**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | CASE NO. <u>2:12-bk-02638-BKM</u> |
| | CH. 11 POST CONFIRMATION REPORT |
| FERNANDO RODRIGUEZ AND ALICIA RODRIGUEZ | <u>  X  </u>  QUARTERLY  <u>     </u>  FINAL<br>(PLEASE CHECK) |
| | QUARTER ENDING: <u>June 30, 2015</u> |
| Debtor(s) | DATE PLAN CONFIRMED: <u>12/19/2014</u> |

**SUMMARY OF DISBURSEMENTS:**

A. Disbursements made under the plan, for current quarter:     $ <u>16,976.46</u>

B. Disbursements not under the plan, for current quarter:     $ <u>87,161.87</u>

                      Total Disbursements     $ <u>104,138.01</u>

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

**PLEASE ANSWER THE FOLLOWING:**

1. **What are your projections as to your ability to comply with the terms of the plan?**

   <u>We are presently making distributions to secured creditors and will soon begin payments to unsecured creditors.</u>

2. **Please describe any factors which may materially affect your ability to obtain a final decree.**

   None.

3. **If plan payments have not yet begun, please indicate the date that the first plan payment is due.**

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

**SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:**

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $_____ | $_____ | $_____ |
| 2. Fee for Attorney for Trustee | $_____ | $_____ | $_____ |
| 3. Fee for Attorney for Debtor | $_____ | $_____ | $_____ |
| 4. Other Professionals | $_____ | $_____ | $_____ |
| 5. All Expenses, Including Disbursing Agent's | $_____ | $_____ | $_____ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 16,976.17 | $ 34,924.63 | $_____ |
| 7. Priority Creditors | $_____ | $_____ | $_____ |
| 8. Unsecured Creditors | $_____ | $_____ | $_____ |
| 9. Equity Security Holders | $_____ | $_____ | $_____ |
| 10. Other Payments- Specify Class of Payee | $_____ | $_____ | $_____ |
|  | $_____ | $_____ | $_____ |
|  | $_____ | $_____ | $_____ |
| **TOTAL PLAN DISBURSEMENTS** | $ 16,976.17 | $ 34,924.63 | $_____ |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan _____ %

**SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:**

**Description of Property**

Secured Creditors _____

Priority Creditors _____

Unsecured Creditors _____

Equity Security Holders _____

Other Transfers- Specify class of Transferee

_____  _____

_____  _____

2

**CONSUMMATION OF PLAN:**

**If this is a final report, has an application for Final Decree been submitted?**

**_____    Yes   Date application was submitted?**

**___X___    No   Date when application will be submitted   October 2015**

**Estimated Date of Final Payment Under Plan _____**

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

**SIGNED:** _____    **DATE:** _____

_____
**(PRINT NAME)**